# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

90217-083

2016 JUL 13 A 9 51

10119050

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| WILLIAM TYSON | ) | Case No. 4:16cr58 |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* WILLIAM TYSON,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Counts 1-4: 18 U.S.C. §2252A (a)(2) Receipt of Child Pornography/18 U.S.C. § 924(d), 28 U.S.C.§ 2461(c) Forfeiture

Date: 07/12/2016

JUL 15 2016

*Issuing officer's signature*
CLERK, U.S.

City and state: Newport News, Virginia     Lawrence R. Leonard, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 7/13/2016, and the person was arrested on *(date)* 7/15/2016
at *(city and state)* Newport News, VA.

Date: 7/15/2016

Stacey A Sul.
*Arresting officer's signature*

Stacey A Sullivan, Special Agent
*Printed name and title*